02-13-076-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

                                               NO. 02-13-00076-CV

 

 

IN RE DANIEL JOSEPH SMITH                                                             RELATOR

 

 

                                                       ------------

                                           ORIGINAL
PROCEEDING

                                                       ------------

                                      MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered “Relator’s Motion To Withdraw Petition For Writ Of
Mandamus.”  It is the court’s opinion that the motion should be granted.  Accordingly,
relator’s petition for writ of mandamus is dismissed as moot.

 

PER CURIAM

 

 

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and
MCCOY, J.


 

DELIVERED:  March 21, 2013  









[1]See
Tex. R. App. P. 47.4.